KG/SKC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danilo Antonio Herrera Chavarria,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-06783-PHX-JJT<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondent states: "Respondents do not oppose Petitioner's request for release at this time." (Doc. 9.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondent must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondent must provide a notice of compliance within **two days** of this Order.

(4) Absent a significant change in Petitioner's circumstances, Respondents and their agents are enjoined from re-detaining Petitioner without **seven (7) days** prior written notice and an opportunity for Petitioner to be heard by a neutral judge on the reasons for the re-detention and consideration of bond, at which hearing the government must bear the burden of demonstrating by clear and convincing evidence that Petitioner is likely to flee or pose a danger to the community if not detained.

(5) Any pending motions are **denied** as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of October, 2026.

Honorable John J. Tuchi
United States District Judge