**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Danilo Antonio Herrera Chavarria,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-06783-PHX-JJT

**ORDER**

On October 2, 2026, the Court entered an order in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondent to immediately release Petitioner from immigration custody under the same conditions that existed prior to his detention. (Doc. 10.) On October 7, 2026, Petitioner filed a Motion to Enforce, indicating that while he was released, he was enrolled in an Alternatives to Detention program that imposed additional conditions that did not exist prior to his detention. (Doc. 12.)

**IT IS THEREFORE ORDERED** Respondent must file a response to Petitioner's Motion to Enforce no later than **October 16, 2026**.

Dated this 9th day of October, 2026.

Honorable John J. Tuchi
United States District Judge