**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Danilo Antonio Herrera Chavarria,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-06783-PHX-JJT

**ORDER**

The Cout previously ordered Respondent to "immediately release Petitioner from custody under the same conditions that existed before his detention." (Doc. 10 at 1.) Petitioner thereafter filed a Motion to Enforce, asserting that Respondents indeed released him from custody, but imposed several conditions upon his release that were not previously in place, to include ankle GPS monitoring, participation in a program called Alternatives to Detention, a reporting requirement commencing with an appearance November 2, 2026, and a non-association condition. (Doc. 12.) Petitioner argued—and the Court would agree if all of the above assertions are true—that these new conditions are not "the same conditions that existed before his detention," and thus would violate the Court's prior Order. The Court thus sought to learn whether Petitioner's assertions about new conditions of release were accurate. It ordered counsel for Respondents to investigate and respond to the Court. (Doc. 14.)

The Court appreciates counsel's timely and forthright Response (Doc. 15). Counsel advised he "sought information from Respondent to confirm whether Petitioner's new

conditions of release were the same as pre-existed his most recent detention," and "No such information was provided." (Doc. 15.) Based on that, counsel advised "Respondent cannot contest the motion [to enforce] and does not oppose an order from the Court directing that the challenged conditions be removed."

**IT IS ORDERED** granting Petitioner's Motion to Enforce (Doc. 12).

**IT IS FURTHER ORDERED** directing that Respondents shall remove from Petitioner's conditions of release the conditions of 1) location monitoring, 2) participation in a program called Alternatives to Detention, 3) a reporting requirement commencing with an appearance November 2, 2026, 4) a non-association condition, and 5) any other conditions that were not imposed on Petitioner prior to his latest detention

**IT IS FURTHER ORDERED** that Respondents shall file a notice of compliance with this Order by Friday, **October 23, 2026**, affirming that such conditions have been removed.

Dated this 19th day of October, 2026.

Honorable John J. Tuchi
United States District Judge